## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Suarez-Diaz et al,**
**Plaintiff,**

     **v.**

**MCS Life Insurance Company**
**Defendant**

**Civil No. 21-1376 (ADC)**

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U. S. District Judge, issued Opinion and Order on August 10, 2022.

Therefore, pursuant to the Court's Order, judgment is hereby entered.  The Court GRANTS MCS' and Pep Boys' motions to dismiss at ECF Nos. 14 and 16. The complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED AND ADJUDGED,**

At San Juan, Puerto Rico, on this 10th day of August 2022.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court

By: S/Cristina Dones-Taylor
Cristina Dones-Taylor, Deputy Clerk